**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1069**

_____

ANDREW STEWART,

              Plaintiff - Appellant,

     v.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort.   Bristow Marchant, Magistrate Judge.  (9:08-cv-03600-BM)

_____

Submitted:  July 23, 2010         Decided:  August 19, 2010

_____

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Andrew Stewart, Appellant Pro Se.   Kristi Denney, SOCIAL SECURITY ADMINISTRATION, Denver, Colorado; Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Stewart appeals the judgment entered by the district court affirming the Commissioner's decision to deny a period of disability, disability insurance benefits, and supplemental social security income.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Stewart v. Astrue, No. 9:08-cv-03600-BM (D.S.C. Jan. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the exercise of the district court's jurisdiction by a magistrate judge, as permitted by 28 U.S.C. § 636(c) (2006).